478 A.2d 63

Commonwealth v. Willis, Appellant.

572

Submitted March 23, 1984.   Robert H. Isbell, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgments of sentence affirmed.